**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Darrell J. Harper v. The State of Texas

Appellate case number:    01-20-00094-CV

Date Motion Filed:          March 30, 2020

Party Filing Motion:        Appellant, Darrell J. Harper


It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Sherry Radack_____
                     ☐ Acting individually   ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Date:  ___April 7, 2020__